SIMON O'SHAUGHNESSY, RESPONDENT, v. BAYONNE NEWS COMPANY ET AL., APPELLANTS.

Submitted February 12, 1932—Decided May 16, 1932.

For the respondent, *Collins & Corbin.*

For the appellant, *Stein, McGlynn & Hannoch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Ackerson in the Hudson County Circuit Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.